UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SIMITRIO PEDROZA VILLANUEVA, ) No. 2:17-CV-07859-FFM
)
    Plaintiff, ) **[PROPOSED] ORDER AWARDING**
) **EQUAL ACCESS TO JUSTICE**
    v. ) **ACT ATTORNEY FEES AND**
) **COSTS**
NANCY A. BERRYHILL, )
Acting Commissioner of Social )
Security, )
)
    Defendant. )
_____)

    Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

    IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FIVE THOUSAND ONE HUNDRED ELEVEN DOLLARS and NO CENTS ($5,111.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: October 31, 2018     /s/ Frederick F. Mumm
                                      THE HONORABLE FREDERICK F. MUMM
                                      UNITED STATES MAGISTRATE JUDGE